# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

ROY FLOWERS                                                                                          PLAINTIFF
#47623

v.                                   3:22-cv-00178-KGB-JJV

TODD HARRELL, Lieutenant/Jail Administrator,
Craighead County Jail, *et al.*                                                                DEFENDANTS

## ORDER

On September 26, 2022, mail sent by the Court to Plaintiff at the Craighead County Detention Center was returned undelivered because he is no longer in that facility. (Doc. 16.) Early in this case, Plaintiff was advised of his obligation under Local Rule 5.5(c)(2) to promptly notify the Court and Defendants of any change in his address. (Doc. 3.) This case cannot continue if the Court and Defendants have no way to contact Plaintiff. (*Id*.) And if Plaintiff has been released from custody, he may no longer be entitled to proceed *in forma pauperis*.

IT IS, THEREFORE, ORDERED THAT:

1. The Clerk is directed to mail Plaintiff a Motion to Proceed *In Forma Pauperis* for individuals who are not in custody.

2. If Plaintiff wishes to continue with this lawsuit, he must provide the Clerk with his current mailing address and file a properly completed Motion to Proceed *In Forma Pauperis*. If Plaintiff does not do so **within thirty (30) days of the date of this Order**, I will recommend dismissal of this case.

DATED this 26th day of September 2022.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE