# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

| | | |
|---|---|---|
| ROY FLOWERS, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | No. 3:22-cv-00178-JJV |
| | * | |
| TODD HARRELL, Lieutenant, | * | |
| Jail Administrator, Craighead | * | |
| County Detention Center, *et al.* | * | |
| | * | |
| Defendants. | * | |

## **JUDGMENT**

Pursuant to the Orders entered today and previously (Docs. 23, 43) it is considered, ordered, and adjudged that Plaintiff's claims are DISMISSED, and this case is CLOSED. I certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

DATED this 11th day of May 2023.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE